IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Case No. 4:14-cv-187-F

SCOTTSDALE INSURANCE COMPANY,

Plaintiff,

v.

B & G FITNESS CENTER, INC., THOMAS G. OWENS,

Defendants.

**ORDER FOR ENTRY OF DEFAULT AGAINST THOMAS OWENS**

Considering the foregoing Motion for Entry of Default against Defendant Thomas Owens and it appearing that Defendant Thomas Owens is in default for failure to appear, answer or otherwise plead to the Complaint filed herein within the time required by law, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Scottsdale Insurance Company's Motion for Entry of Default be GRANTED and that Defendant Thomas Owens is in default for failure to plead or otherwise defend as required by law.

SO ORDERED this the 14th day of January, 2015.

_____
**JULIE A. RICHARDS, CLERK**