IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:14-CV-187-F

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> B&G FITNESS CENTER, INC. and ) <br> THOMAS G. OWENS, ) <br> ) <br> Defendants. ) <br> _____ ) | **ORDER** |

The court has been informed that the parties to this action have reached a settlement. Accordingly, this action is DISMISSED without prejudice to either party to file a motion to reopen should settlement not be consummated on or before **February 20, 2017**. Unless a party files a motion to reopen, counsel are DIRECTED to file their Joint Stipulation of Dismissal on or before **February 20, 2017**. The Clerk of Court is DIRECTED to remove this matter from the court's pretrial and trial calendars.

SO ORDERED.

This the 9th day of January, 2017.

*James C. Fox*
**JAMES C. FOX**
Senior United States District Judge